UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number:  07-14122-CIV-MARTINEZ-LYNCH**

CITIZENS FOR SMART GROWTH, a Florida
Non Profit Corporation; ODIAS SMITH, an
individual; and KATIE SMITH; an individual,

      Plaintiffs,

vs.

MARY E. PETERS, Secretary, Department of
Transportation; J. RICHARD CAPKA,
Administrator, Federal Highway
Administration; DAVID C. GIBBS, P.E.,
Division Administrator, Federal Highway
Administration, Florida Division; and,
STEPHANIE C. KOPELOUSOS, Secretary,
Florida Department of Transportation,

      Defendants.
_____/

## AMENDED ORDER GRANTING SUMMARY JUDGMENT

This matter is before the Court on Plaintiffs' Motion and Memorandum in Support of Entry

of Order Specifically Ruling on FDOT's Motion for Summary Judgment (D.E. No. 164).  When the

Court entered its ruling on this case granting the Defendants' motions for summary judgment and

denying the Plaintiffs' motion for summary judgment, the Court inadvertently included only the

docket entry number for the Federal Highway Administration's ("FHWA") motion for summary

judgment (D.E. No. 78) and omitted the docket entry number for the Federal Department of

Transportation's ("FDOT") motion for summary judgment (D.E. No. 82).  For good cause shown

and for the reasons detailed in this Court's Order Granting Summary Judgment (D.E. No. 148), it

is hereby

**ORDERED AND ADJUDGED** that

1.  Plaintiffs' motion (D.E. No. 164) is GRANTED.

2.   Defendant FHWA's Motion for Summary Judgment (D.E. No. 78) is GRANTED.

Defendant FDOT's Motion for Summary Judgment (D.E. No. 79) is GRANTED. Plaintiffs'

Motion for Summary Judgment (D.E. No. 82) is DENIED and Plaintiffs' Motion for a

Temporary Restraining Order and Preliminary Injunction (D.E. No. 121) is DENIED AS

MOOT.

3.  This case is CLOSED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of March, 2011

_____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record